**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Saul Farvela,

Plaintiff,

vs.

James Dzurenda, *et al.*,

Defendants.

Case No. 2:23-cv-01666-RFB-MDC

**ORDER DENYING MOTION TO EXTEND TIME (ECF NO. 49) AS MOOT AND WITHOUT PREJUDICE**

Defendants filed a *Motion to Extend Time* (ECF No. 49) ("Extend Motion") to respond plaintiff's *Motion to Compel* ("Compel Motion") (ECF No. 48). The Court **DENIES** the Extend Motion as moot and without prejudice for the reasons set forth below.

On August 17, 2026, plaintiff filed a Compel Motion seeking to compel defendants' responses to his requests for discovery and to also extend the pretrial deadlines in this case. *ECF No. 48*. On August 31, 2026, defendants timely moved to extend the deadline to respond to petitioner's Compel Motion to September 11, 2026. *ECF No. 49*. Plaintiff opposes the Extend Motion and also requests for other various relief, including to deem his Requests for Admission to defendants admitted. *ECF No. 50*.

Defendants did not file their response by September 11, 2026, nor have they filed any response to the Compel Motion as of the date of this Order. They also have not filed any other motions requesting further extensions. Therefore, defendant's Extend Motion is denied as moot and without prejudice. *See Manley v. Zimmer*, No. 3:11-cv-0636-RCJ-WGC, 2014 WL 4471662, at *6 (D. Nev. September 10, 2014) ("[I]t is the trial court's responsibility to exercise its discretion in granting or denying extensions of time as it manages the progress of litigation.").

Defense counsel represents that she had August 12, 2026 emergency surgery, and is still actively recovering. *See* ECF No. 49 at 2. Under these circumstances, the Court will give defendants

one last chance to respond to plaintiff's Compel Motion but cations defendants that they cannot ignore deadlines or delay proceedings to the prejudice of plaintiff. Defendants shall have until **September 25, 2026** to file their Response to plaintiff's Compel Motion. If defendants fail to timely respond, the Court will outright grant plaintiff's Compel Motion under LR 7-2(d).

ACCORDINGLY,

**IT IS ORDERED that:**

1. Defendants' *Motion to Extend Time* (ECF No. 49) is **DENIED** as moot and without prejudice.

2. Defendants shall have until **September 25, 2026** to file their Response to plaintiff's Compel Motion.

DATED: September 18, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of

any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.